## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

-------------------------------------------------------- X

| | | |
|---|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE): MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | : | 3:09-md-02100-DRH-PMF |
| | | MDL No. 2100 |
| | : | |

--------------------------------------------------------

| | | |
|---|---|---|
| LINDA DRESSMAN, | : | Judge David R. Herndon |
| **Plaintiff** | : | |
| vs. | | |
| | : | **Plaintiff's Motion to Amend Complaint** |
| BAYER CORPORATION et al., | : | |
| Defendants. | :Civil Action No.: 3:2009-cv-20127 | |

-------------------------------------------------------- X

### ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

Upon consideration of Plaintiff's Motion for Leave to File a First Amended Complaint (3:2009-cv-20127 Doc. 21), the Court hereby ORDERS as follows: Plaintiff's Motion is **GRANTED**. Further, the Court **DIRECTS** Plaintiff to file the amended complaint instanter.

**SO ORDERED:**


/s/ David R. Herndon


Chief Judge
United States District Court                DATE: May 5, 2010